**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000731
02-AUG-2024
09:45 AM
Dkt. 130 ODSM**

NO. CAAP-22-0000731


IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ERIC STROEVE, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-21-0000568)


ORDER
(By: Nakasone, J., for the court[1])

Upon consideration of self-represented Defendant-Appellant Eric Stroeve's (**Stroeve**) "Motion for Reconsideration" filed on July 29, 2024 (**Motion**), the papers in support, and the record, it appears that:

(1) On November 29, 2023, this court in a Summary Disposition Order vacated and remanded for a new trial the

---

[1]     Hiraoka and Nakasone, JJ.  Former Chief Judge Lisa M. Ginoza, who was a member of the panel in this appeal, has since been sworn in as an Associate Justice of the Hawai'i Supreme Court on January 12, 2024.

December 5, 2022 "Judgment of Conviction and Sentence," entered by the Circuit Court of the First Circuit;

(2) On July 29, 2024, Stroeve moved for reconsideration of this court's November 29, 2023 Summary Disposition Order; and

(3) Motions for reconsideration of the November 29, 2023 order were due on or before December 11, 2023.  See Hawaiʻi Rules of Appellate Procedure Rule 40(a).  The Motion is thus untimely.

IT IS HEREBY ORDERED that the Motion is dismissed.

DATED:  Honolulu, Hawaiʻi, August 2, 2024.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge